■ In the Matter of PAUL G. LIEBER (Admitted as PAUL GERALD LIEBER), a Suspended Attorney. [675 NYS2d 481] —Motion granted, and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Sullivan, J. P., Ellerin, Nardelli, Rubin and Tom, JJ.